IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | 1:19CR054-1 |
| | : | |
| v. | : | |
| | : | PETITION FOR WRIT OF |
| | : | HABEAS CORPUS AD |
| STEVE BRANTLEY SPENCE | : | PROSEQUENDUM |

NOW COMES the United States of America, by and through Matthew G.T. Martin, United States Attorney for the Middle District of North Carolina, and respectfully shows the Court that STEVE BRANTLEY SPENCE, now in the custody of the Guilford County Jail, Greensboro, North Carolina, and currently housed at the Central Regional Hospital, Butner, North Carolina, has a case pending against him in the United States District Court for the Middle District of North Carolina, in which he is charged with a violation of Title 18, United States Code, Section 2312, interstate transportation of a stolen vehicle; a violation of Title 18, United States Code, Section 2261(a)(1), interstate domestic violence; and a violation of Title 18, United States Code, Section 924(c)(1)(A)(ii), carrying and using, by brandishing, a firearm during and in relation to a crime of violence.

It does not appear that the said STEVE BRANTLEY SPENCE will be released from custody in time to appear for arraignment at the April 2019 term of Court to be held in this District.

WHEREFORE, it is respectfully requested that a Writ of Habeas Corpus ad Prosequendum be issued from this Court to have the said STEVE BRANTLEY SPENCE before the United States District Court, United States Courthouse, 324 West Market Street, Greensboro, North Carolina, on April 4, at 9:30 a.m., for the purpose of arraignment in the case of the <u>United States of America v. Steve Brantley Spence</u>, 1:19CR054-1, on that day or as soon thereafter as the Court may hear the same.

This the 28th day of March, 2019.

Respectfully submitted,

MATTHEW G.T. MARTIN
United States Attorney

/S/ CLIFTON T. BARRETT
Assistant United States Attorney
Chief, Criminal Division
NCSB #12858
United States Attorney's Office
Middle District of North Carolina
101 S. Edgeworth St.
Fourth Floor
Greensboro, NC  27401
Phone:  336/333-5351

2