# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 1:19CR54-1 |
| | ) | |
| STEVE BRANTLEY SPENCE | ) | |

## ORDER

This matter comes before the Court for the appointment of counsel to represent Defendant in this matter. The Court has reviewed Defendant's Financial Affidavit, and concludes that Defendant is financially unable to employ counsel, does not wish to waive counsel, and that the interest of justice require appointment of counsel at the Government's expense.

**IT IS THEREFORE ORDERED** that Assistant Federal Public Defender Gregory Davis is appointed to represent Defendant in this action.

This, the 4th day of April, 2019.

_____
Joe L. Webster
United States Magistrate Judge