IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

SCHEDULE FOR ARRAIGNMENTS )
HELD IN **APRIL, 2019** ) **SCHEDULING ORDER**

In order to provide for the regulated and timely disposition of the **May, 2019** Criminal Term, the following schedule is established:

## MOTIONS

All motions submitted by the defendant or the Government shall be filed on or before **Wednesday, April 17, 2019,** and responses shall be filed on or before **Wednesday, April 24, 2019.** The defendant is ordered to appear for hearing on any motions at **9:30 a.m., May 6, 2019,** in **Greensboro, N.C.** **If the need for a hearing shall become moot, the defendant shall notify the Court in writing and a hearing shall be considered canceled.**

## PLEA AGREEMENTS

Plea agreements, if any, shall be filed in the Office of the Clerk of Court not later than **12:00 noon, May 2, 2019.** Any plea agreements and factual basis not filed by May 2, 2019 **must** be filed no later than 48 hours prior to the scheduled change of plea hearings. *If not filed timely, the Court reserves the right to reschedule the hearing.*

## PLEA CHANGES

The defendant is ordered to appear for change of plea and hearing at **9:30 a.m., May 6, 2019,** in **Greensboro, N.C.,** unless otherwise ordered by the Court.

**All arraignments, change of pleas and hearings on any motions not held on the first day of the criminal term as set out above will be scheduled during the first week of the criminal term. Counsel are instructed to notify the U.S. Attorney's Office of any scheduling conflicts no later than, Monday, April 29, 2019.**

## NOT GUILTY PLEA (JURY TRIAL)

The defendant is ordered to appear for jury trial at **9:30 a.m., Monday, May 13, 2019,** in **Greensboro, N.C.,** unless otherwise ordered by the Court.

**All counsel are instructed to adhere to the deadlines set out in this scheduling order.**

This the 1st day of March, 2019.

/s/ John S. Brubaker, Clerk