AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Middle District of North Carolina



| | | |
|---|---|---|
| United States of America<br>v.<br>**STEVE BRANTLEY SPENCE**<br><br>*Defendant* | )<br>)<br>)<br>)<br>)<br>) | Case No. 1:19CR54-1 |

RECEIVED
FEB 25 2019
U.S. Marshals Service, M/NC

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* **STEVE BRANTLEY SPENCE**,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Interstate transport of stolen vehicle in violation of 18:2312
Interstate travel to commit crime of violence against spouse, intimate/dating partner in violation of 18:2261(a)(1) and (b)(3)
Carry/use firearm, by brandishing, during and in relation to a crime of violence in violation of 18:924(c)(1)(A)(ii)

**The United States Attorney requests a detention hearing**

Date: 02/25/2019

John S. Brubaker, Clerk
*Issuing officer's signature*

City and state: Greensboro, North Carolina

/s/ Joy Daniel, Deputy Clerk
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 2-25-19, and the person was arrested on *(date)* 4-4-19
at *(city and state)* Greensboro NC

Date: 4-4-19

*Arresting officer's signature*

ART Gandy DUS2
*Printed name and title*