IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | 1:19CR054-1 |
| | : | |
| v. | : | |
| | : | WRIT OF HABEAS CORPUS |
| STEVE BRANTLEY SPENCE | : | AD PROSEQUENDUM |

THE PRESIDENT OF THE UNITED STATES:

To:  Any United States Marshal

To:  Sheriff                          Superintendent
     Guilford County Jail             Central Regional Hospital
     Greensboro, NC                   Butner, NC

GREETINGS:

We command that you have the body of STEVE BRANTLEY SPENCE, now held in custody at the Guilford County Jail, Greensboro, North Carolina, and currently housed at the Central Regional Hospital, Butner, North Carolina, as it is said, under safe and secure conduct before the Judge of the United States District Court for the Middle District of North Carolina at the United States Courthouse, 324 West Market Street, Greensboro, North Carolina, on April 4, 2019, at 9:30 a.m., for arraignment in the case of the United States of America v. Steve Brantley Spence, 1:19CR054-1.

This Writ shall remain in effect until such time as STEVE BRANTLEY SPENCE appears before the United States District Court for the Middle District of North Carolina.

WITNESS, the Honorable Magistrate Judge of the United States District Court for the Middle District of North Carolina, at Greensboro, and the seal of this Court.

This the 28th day of March, 2019.

                                          /s/ L. Patrick Auld
                                              **L. Patrick Auld**
                                     **United States Magistrate Judge**

I HEREBY CERTIFY AND RETURN THAT I HAVE PARTIALLY (Date) __12/9/19__
FULLY (Date) _____ EXECUTED THIS WRIT ON THE WITHIN NAMED
INDIVIDUAL FROM __Guilford Co__ TO __USMS__
INDIVIDUAL FROM _____ TO _____
BY _____