IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| V. | : | 1:19CR54-1 |
| | : | |
| STEVE BRANTLEY SPENCE | : | |

ORDER

Upon joint motion of the Defendant and the Government, for good cause shown, it is hereby ordered that the trial of this matter is continued from May 18, 2020, until _____, 2020. It is further ordered that a status conference be held on _____, 2020, in order for the court and parties to discuss any outstanding motions or other issues which might be addressed pretrial.

WHEREFORE, the Court finds that the ends of justice and concerns for public safety are best served by granting this continuance, and that they outweigh the interest of the public and the Defendant in a speedy trial. Accordingly, the delay occasioned by the granting of this continuance shall be excluded in computing the time within which the trial of this matter must commence. *See* Title 18, United States Code, Section 3161(h)(7)(A).

IT IS SO ORDERED, this the \_\_\_\_\_ day of April, 2020.

_____
United States District Judge