# UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA

    v.

STEVE BRANTLEY SPENCE

Case Number:    1:19CR54-1

# *NOTICE OF RESCHEDULING*

    **Take notice** that the above-entitled case set for a **Status Conference** on July 29, 2020, at 10:00 a.m. before Judge Thomas D. Schroeder **has been rescheduled to July 29, 2020 at 9:30 a.m. in Courtroom 2 in Winston-Salem.**

_____

John S. Brubaker, Clerk

By: /s/ Anita Engle, Deputy Clerk

Date:  July 9, 2020

TO:    All Counsel and/or Parties of Record