IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| V. | : | 1:19CR54-1 |
| | : | |
| STEVE BRANTLEY SPENCE | : | |

ORDER

Upon motion of the Defendant and it appearing the Government takes no position regarding the granting of this motion and for good cause shown, it is hereby ordered that the trial of this matter is continued from August 10, 2020, until _____, 2020.

Wherefore, the Court finds that the ends of justice and concerns for public safety are best served by granting this continuance, and that they outweigh the interest of the public and the Defendant in a speedy trial. Accordingly, the delay occasioned by the granting of this continuance shall be excluded in computing the time within which the trial of this matter must commence. *See* Title 18, United States Code, Section 3161(h)(7)(A).

IT IS SO ORDERED, this the \_\_\_\_\_ day of July, 2020.

_____
United States District Judge