IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| V. | : | 1:19CR54-1 |
| | : | |
| STEVE BRANTLEY SPENCE | : | |

ORDER DISMISSING COUNT ONE

Upon motion of the Defendant for an order dismissing Count One of the superseding indictment in this action,

After hearing evidence and arguments of counsel, it appears to the court that venue to try Defendant on Count One of the indictment in this action does not lie in the Middle District of North Carolina,

IT IS THEREFORE ORDERED that Count One of the superseding indictment in this action is hereby dismissed.

SO ORDERED, this the ___ day of _____, 2020

_____
United States District Judge