IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | SUPERSEDING |
| | : | |
| v. | : | 1:19CR54-1 |
| | : | |
| STEVE BRANTLEY SPENCE | : | |

IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | SUPERSEDING |
| | : | |
| v. | : | 1:19CR54-1 |
| | : | |
| STEVE BRANTLEY SPENCE | : | |

MOTION FOR LEAVE TO FILE
PROPOSED JURY INSTRUCTIONS OUT OF TIME

NOW COMES the United States of America, by and through Matthew G.T. Martin, United States Attorney for the Middle District of North Carolina, and respectfully moves the Court for leave to file the accompanying Proposed Jury Instructions out of time. In support of this motion, the United States respectfully states to the Court that he has been involved in reviewing indictments for the May, June, and July 2020 grand jury sessions; that he has been managing operations within the Criminal Division during the COVID-19

pandemic; that he has been drafting sentencing pleadings in *United States v. Everette Levon Witherspoon, Jr.*, 1:19CR511-1; and, that he has been in trial preparation in *United States v. Tebores Detrail Harris*, 1:19CR524-2.

Counsel for Defendant, Gregory Davis, has been contacted and states he has no objections to filing the Proposed Jury Instructions out of time.

WHEREFORE, the United States respectfully requests the Court grant leave to file the accompanying Proposed Jury Instructions out of time.

This the 15th day of July, 2020.

Respectfully submitted,

MATTHEW G.T. MARTIN
United States Attorney

/S/ VERONICA L. EDMISTEN
Assistant United States Attorney
NCSB #31500
United States Attorney's Office
Middle District of North Carolina
101 S. Edgeworth St., Fourth Floor
Greensboro, NC 27401
Phone: 336/333-5351

/S/ CLIFTON T. BARRETT
Assistant United States Attorney
NCSB #12858
United States Attorney's Office
Middle District of North Carolina
101 S. Edgeworth St., Fourth Floor
Greensboro, NC 27401
Phone: 336/333-5351

IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| UNITED STATES OF AMERICA | : | SUPERSEDING |
|---|---|---|
| v. | : | 1:19CR54-1 |
| STEVE BRANTLEY SPENCE | : | |

CERTIFICATE OF SERVICE

I hereby certify that on July 15, 2020, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system to notify:

Greg Davis, Assistant Federal Public Defender.

        Respectfully submitted,

        MATTHEW G.T. MARTIN
        United States Attorney


        /S/ CLIFTON T. BARRETT
        Assistant United States Attorney
        NCSB #12858
        United States Attorney's Office
        Middle District of North Carolina
        101 S. Edgeworth St., Fourth Floor
        Greensboro, NC  27401
        Phone:  336/333-5351