IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| UNITED STATES OF AMERICA | : | SUPERSEDING |
| --- | --- | --- |
| v. | : | 1:19CR54-1 |
| STEVE BRANTLEY SPENCE | : | |

GOVERNMENT'S REQUESTED VOIR DIRE QUESTIONS

NOW COMES the United States of America, by and through Matthew G.T. Martin, United States Attorney for the Middle District of North Carolina, and requests the Court make the following inquiries of potential jurors during jury selection, in addition to its normal and customary questions:

1. It is anticipated that evidence in this trial will relate to an allegation of domestic violence. Have you, or has anyone in your immediate family or a close friend, had any experience(s) with domestic violence, or do you have such strong feelings about domestic violence that it would prohibit you from serving as a fair and impartial juror in this case?

2. It is anticipated that evidence in this trial will relate to allegations of gun violence. Have you, or has anyone in your immediate family or a close friend, had any experience(s) with gun violence, or do you have such strong feelings about gun violence that it would prohibit you from serving as a fair and impartial juror in this case?

3. It is anticipated that evidence in this trial will relate to disagreements and conflict concerning child custody and visitation. Have you, or has anyone in your immediate family or a close friend, had any experience(s) with disagreements and conflict concerning child custody and visitation, or do you have such strong feelings about child custody and visitation issues that it would prohibit you from serving as a fair and impartial juror in this case?

4. Have you, or has anyone in your immediate family, ever owned any type of firearm? If so, what types of firearms do you or your immediate family own, and for what purposes did you or your immediate family initially acquire them (if you know)?

5. Do you belong to any organizations which either support or oppose gun control? Would such membership prohibit you from serving as a fair and impartial juror in this case?

6. Have you heard or read anything about this case from any source whatsoever? If so, have you formed any impression or opinion about the merits of the case? Would this impression or opinion prevent you from serving as a fair and impartial juror in this case?

7. There may be a mental health defense raised in the present case. Have you, or has anyone in your immediate family or a close friend, had any type of mental health training or have experience in the mental health field?

2

Case 1:19-cr-00054-UA   Document 33   Filed 07/16/20   Page 2 of 4

Would any such training or experience prohibit you from serving as a fair and impartial juror in this case?

8.     Have you, or has anyone in your immediate family or a close friend, suffered from mental health issues on a personal basis? Would these experiences prohibit you from serving as a fair and impartial juror in this case?

This the 16th day of July, 2020.

Respectfully submitted,

MATTHEW G.T. MARTIN
United States Attorney


/S/ VERONICA L. EDMISTEN
Assistant United States Attorney
NCSB #31500
United States Attorney's Office
Middle District of North Carolina
101 S. Edgeworth St., Fourth Floor
Greensboro, NC 27401
Phone: 336/333-5351


/S/ CLIFTON T. BARRETT
Assistant United States Attorney
NCSB #12858
United States Attorney's Office
Middle District of North Carolina
101 S. Edgeworth St., Fourth Floor
Greensboro, NC   27401
Phone:   336/333-5351

IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| UNITED STATES OF AMERICA | : | SUPERSEDING |
| --- | --- | --- |
| | : | |
| v. | : | 1:19CR54-1 |
| | : | |
| STEVE BRANTLEY SPENCE | : | |

CERTIFICATE OF SERVICE

I hereby certify that on July 16, 2020, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system to notify:

Greg Davis, Assistant Federal Public Defender.

                                       Respectfully submitted,

                                       MATTHEW G.T. MARTIN
                                       United States Attorney


                                       /S/ CLIFTON T. BARRETT
                                       Assistant United States Attorney
                                       NCSB #12858
                                       United States Attorney's Office
                                       Middle District of North Carolina
                                       101 S. Edgeworth St., Fourth Floor
                                       Greensboro, NC   27401
                                       Phone:   336/333-5351

4

Case 1:19-cr-00054-UA   Document 33   Filed 07/16/20   Page 4 of 4