IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | No. 1:19CR054-1 |
| | : | |
| STEVE BRANTLEY SPENCE | : | |

ORDER

The Defendant, through his attorney, has filed a Motion For Leave to File Late Defendant's Motion to Dismiss Count One of the indictment, Motion to Continue the trial of this action, Motion for a Bill of Particulars, Defendant's Trial Brief and Requested Jury Instructions. The Government does not oppose the late filing of the above but requests adequate time to respond to the motions.

The Court finds that the ends of justice are best served by granting this motion, and that they outweigh the interest of the public and the Defendant in a speedy trial. Accordingly, any delay occasioned by the granting of this motion shall be excluded in computing the time within which the trial of the alleged offenses must commence. See Title 18, United States Code, Sections 3161(h)(8)(A).

The motion is hereby, GRANTED. The Defendant's Motion to Dismiss Count One, Motion For a Continuance, Motion for a Bill of Particulars, Trial Brief, Request for Voir Dire Questions and Requested Jury Instructions will be accepted and considered by

the Court. The United States is granted until _____, 2020 to file a response to the motions.

IT IS SO ORDERED this \_\_\_ day of July 2020.

_____
UNITED STATES DISTRICT JUDGE