

① Va Beach → Complete   Mission (Kill Davisha

② Secure car & pick up weapons from
house. Shotgun & 9mm

③ Travel to NC (4hr Drive)
   - Durham → Ashley's House (Kill Ashley & Her parents)
   - Greensboro → Smith High School
                   (Kill Ardelle & Mason)

④ Rest

⑤ Travel To Maryland AND find
   Jasmine. (Kill Jasmine)

Hit list
---

- Ruff McNeil (Oklahoma)  - Ricky Jones
                            ↳ His Wife
- Antonio Thomas
- Diana Thomas           - Kim Gay
- May Jones
-