IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA :
:
     v. : 1:19CR54-1
:
STEVE BRANTLEY SPENCE :

## NOTICE OF SUBSTITUTION

Now comes the Federal Public Defenders Office for the Middle District of North Carolina, and hereby gives Notice of Substitution in the above-captioned case, and states the following:

Mireille P. Clough is entering as lead counsel in the case of United States v. Steve Brantley Spence, 1:19CR54-1. She is to be served with any electronic or manual filings in this case. Gregory Davis, Assistant Federal Public Defender, should be removed.

Respectfully submitted, this the 29th day of October, 2015.

                      LOUIS C. ALLEN III
                      Federal Public Defender

                      /s/ Mireille P. Clough
                      MIREILLE P. CLOUGH
                      Assistant Federal Public Defender
                      North Carolina State Bar No. 28473
                      251 N. Main Street, Suite 849
                      Winston-Salem, NC 27101
                      (336) 631-5278
                      Email: mireille_p_clough@fd.org

CERTIFICATE OF SERVICE

    I hereby certify that on October 29, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

        Mr. Clifton Thomas Barrett
        Assistant United States Attorney

        Ms. Veronica L. Edmisten
        Assistant United States Attorney

    Respectfully submitted,

        /s/ Mireille P. Clough
        MIREILLE P. CLOUGH
        Assistant Federal Public Defender
        North Carolina State Bar No. 28473
        251 N. Main Street, Suite 849
        Winston-Salem, NC 27101
        (336) 631-5278
        Email: mireille_p_clough@fd.org