IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA          :
                                  :
        v.                        :     No. 1:19CR54-1
                                  :
STEVEN BRANTLEY SPENCE             :

ORDER

Upon motion of the Defendant, without objection by the Government, and for good cause shown, the sentencing in this matter, currently set for March 17, 2021, shall be continued until _____, 2021.

So ordered this _____ day of March 2021.

_____
United States District Judge