```
               IN THE UNITED STATES DISTRICT COURT
            FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA      )
                              )
          v.                  )        1:19CR54-1
                              )
STEVEN BRANTLEY SPENCE        )
```

**ORDER**

Before the court is the Motion to Continue Sentencing Hearing by the Defendant. (Doc. 54.) Without objection by the Government, and for good cause shown,

IT IS ORDERED that the sentencing in this matter, currently set for March 17, 2021, shall be continued until April 7, 2021, at 11:30 a.m. in Courtroom 2 in Winston-Salem. Should defense counsel conclude that sentencing can proceed if the defendant is provided time at the courthouse ahead of the sentencing hearing in order to confer with the defendant, counsel should advise the court so that the case can proceed without further delay.

                              /s/   Thomas D. Schroeder
                              United States District Judge

March 1, 2021