IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| UNITED STATES OF AMERICA | : | |
|---|---|---|
| | : | |
| v. | : | 1:19CR54-1 |
| | : | |
| STEVE BRANTLEY SPENCE | : | |

GOVERNMENT'S MOTION TO CANCEL RESTITUTION HEARING

NOW COMES the United States of America, by and through Sandra J. Hairston, Acting United States Attorney for the Middle District of North Carolina, and requests this Court cancel a hearing currently scheduled for May 11, 2021, at 2:30 p.m., concerning restitution in the instant case.

The victims, AK and AN, have been informed of their eligibility to receive restitution. Victim AN has declined to apply for restitution. Victim AK submitted restitution amounts to this office on April 26, 2021, but she did not submit documentation in support of her claimed expenses. In follow up calls with AK, it appears that her expenses are either not compensable under the applicable restitution statutes or have been reimbursed. As such, the United States does not wish to be heard at the scheduled restitution hearing, and respectfully requests that the Court cancel such hearing.

This the 10th day of May, 2021.

                Respectfully submitted,

                SANDRA J. HAIRSTON
                Acting United States Attorney

                /S/ CLIFTON T. BARRETT
                Assistant United States Attorney
                NCSB #12858
                United States Attorney's Office
                Middle District of North Carolina
                101 S. Edgeworth St., Fourth Floor
                Greensboro, NC   27401
                Phone: 336/333-5351

IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | 1:19CR54-1 |
| | : | |
| STEVE BRANTLEY SPENCE | : | |

CERTIFICATE OF SERVICE

I hereby certify that on May 10, 2021, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system to notify:

Mireille Clough, Assistant Federal Public Defender.

> Respectfully submitted,
>
> SANDRA J. HAIRSTON
> Acting United States Attorney
>
> /S/ CLIFTON T. BARRETT
> Assistant United States Attorney
> NCSB #12858
> United States Attorney's Office
> Middle District of North Carolina
> 101 S. Edgeworth St., Fourth Floor
> Greensboro, NC 27401
> Phone: 336/333-5351